UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CV 20-7736 MWF (PDx) | Date: September 28, 2021 |
| Title | United States of America, *ex rel.* Curt Canales and Doug Bellows v. Nationwide Medical, Inc., et al. | |

Present: The Honorable: **MICHAEL W. FITZGERALD**, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint in this action was unsealed on July 1, 2021 (Docket No. 13), and a Summons was issued on July 20, 2021 (Docket No. 17).

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 19, 2021**.

- ■ BY PLAINTIFFS: PROOF OF SERVICE of Summons and Complaint on Defendant.

    AND/OR

- ■ BY DEFENDANT: RESPONSE TO THE COMPLAINT ("Response") by Defendants. The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- ■ BY PLAINTIFFS: APPLICATION FOR CLERK TO ENTER DEFAULT.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-7736 MWF (PDx)**                                            Date:  September 28, 2021

Title      **United States of America, *ex rel.* Curt Canales and Doug Bellows v. Nationwide Medical, Inc., et al.**

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **OCTOBER 19, 2021** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm