UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20–cv–07736–MWF–PD | Date | April 25, 2023 |
|---|---|---|---|

| Title | UNITED STATES OF AMERICA ET AL V. NATIONWIDE MEDICAL, INC. ET AL |
|---|---|

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                          Not Reported;
Courtroom Deputy                      Court Reporter

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

        In light of the Notice of Settlement filed 4/24/23, the Court sets a hearing on Order To Show Cause Re Dismissal for August 7, 2023 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

        **IT IS SO ORDERED.**

Initials of Clerk:  rs